# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**AHMAD FARID KHORRAMI,**

      Plaintiff,

      -vs-                              **Case No. 07-C-812**

**DALE MUELLER,**

      Defendant.

## DECISION AND ORDER

This matter comes before the Court on the United States of America's motion to seal Exhibit One, which was filed in connection with its motion in limine for a ruling protecting evidence that falls under the law enforcement privilege. Initially, the government moved to file the brief and all of the attachments under seal, but in a subsequent letter, counsel clarifies that only Exhibit One should be filed under seal.

Exhibit One includes the questions asked by the FBI during a series of polygraph examinations of the plaintiff, Dr. Ahmad Farid Khorrami. The Court finds that there is good cause to seal Exhibit One because, as other courts have recognized, "the release of information with regard to an individual test could foreseeably circumvent the entire polygraph process." *Piper v. DOJ*, 294 F. Supp. 2d 16, 30 (D.D.C. 2003).

Therefore, the government's motion to seal Exhibit One [ECF No. 221] is **GRANTED**. The Court will defer ruling on the motion in limine until the parties to this litigation respond to the motion, either in writing or during the course of trial.

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2014.

**SO ORDERED:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**