U.S. DIST. COURT EAST DIST. WISC
FILED
DEC 15 2014
AT_____ O'CLOCK_____M
JON W. SANFILIPPO, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

AHMAD FARID KHORRAMI,

                Plaintiff,

-vs-                              Case No. 07-C-812

DALE MUELLER,

                Defendant.

# VERDICT FORM

On Plaintiff Ahmad Farid Khorrami's claim, did the Defendant, Dale Mueller, use force against Plaintiff Ahmad Farid Khorrami by kicking him on September 21, 2001?

    _____  Yes

      ✓     No

### A. Compensatory Damages
*(complete this section only if you answered yes to the above question.)*

We fix the Plaintiff's compensatory damages against Defendant Mueller as

$_____.

### B. Punitive Damages
*(complete this section only if you awarded damages in part A)*

We fix the Plaintiff's punitive damages against Defendant Mueller as

$_____.

Date: 12-15-14

_____
Jury Foreperson