AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

EASTERN DISTRICT OF WISCONSIN

## JUDGMENT IN A CIVIL CASE

**AHMAD FARID KHORRAMI**,

          Plaintiff,

    V.                    CASE NUMBER: **07-C-812**

**DALE MUELLER,**
**JACK FELSKE,**
**JOHN NIENHARDT, and**
**JOHN MARTEN,**

          Defendants.

☒    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    Decision by Court. This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the defendants and against the plaintiff, on the plaintiff's action for violation of his constitutional rights under the Fourth and Fifth Amendments, by the defendants who are or were officers and agents of the United States federal government.**

**The defendants' motion to dismiss for a failure to state a claim is GRANTED on the plaintiff's claims that the defendants violated his rights under the Fourth and Fifth Amendments.**

The jury found in favor of defendant Dale Mueller on the plaintiff's Fifth Amendment claim for unlawful use of force.

This action is hereby DISMISSED WITH PREJUDICE.

| | |
|---|---|
| **December 15, 2014** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |